John J. Edmonds (State Bar No. 274200)
jedmonds@cepiplaw.com
COLLINS EDMONDS POGORZELSKI
SCHLATHER & TOWER, PLLC
1851 East First Street, Suite 900
Santa Ana, California 92705
Telephone: (951) 708-1237
Facsimile: (951) 824-7901

Attorney for Plaintiff,
**GAMETEK LLC**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

GAMETEK LLC,

      Plaintiff,

    v.

FACEBOOK, INC.; FACEBOOK
OPERATIONS, LLC; FACEBOOK
PAYMENTS, INC.; FACEBOOK SERVICES,
INC.; 6WAVES LLC f/k/a LOLAPPS INC.
d/b/a 6WAVES LOLAPPS d/b/a SIX WAVES;
6WAVES TECHNOLOGIES, LLC f/k/a
LOLAPPS INC. d/b/a 6WAVES LOLAPPS
d/b/a SIX WAVES; 6WAVES US, INC. f/k/a
LOLAPPS INC. d/b/a 6WAVES LOLAPPS
d/b/a SIX WAVES; BIG VIKING GAMES
INC. f/k/a TALLTREE GAMES; BUFFALO
STUDIOS LLC; CIE GAMES, INC.;
CROWDSTAR INTERNATIONAL LIMITED;
CROWDSTAR INC.; CROWDSTAR
NETWORK, LLC; ELECTRONIC ARTS INC.
d/b/a EA INTERACTIVE d/b/a PLAYFISH
d/b/a POGO GAMES; FUNZIO, INC.;
FUNZIO USA, INC.; ROCKYOU, INC.; SIX
WAVES INC. f/k/a LOLAPPS INC. d/b/a
6WAVES LOLAPPS d/b/a SIX WAVES;
THEBROTH INC.; WOOGA GMBH; and
ZYNGA INC.

      Defendants.

Case No.: **'12CV0501 LAB WMc**

**COMPLAINT FOR INFRINGEMNT OF
U.S. PATENT NO. 7,076,445**

**DEMAND FOR JURY TRIAL**

– 1 –

This is an action for patent infringement in which GAMETEK LLC submits this Original Complaint against Defendants named herein, namely FACEBOOK, INC.; FACEBOOK OPERATIONS, LLC; FACEBOOK PAYMENTS, INC.; FACEBOOK SERVICES, INC.; 6WAVES LLC f/k/a LOLAPPS INC. d/b/a 6WAVES LOLAPPS d/b/a SIX WAVES; 6WAVES TECHNOLOGIES, LLC f/k/a LOLAPPS INC. d/b/a 6WAVES LOLAPPS d/b/a SIX WAVES; 6WAVES US, INC. f/k/a LOLAPPS INC. d/b/a 6WAVES LOLAPPS d/b/a SIX WAVES; BIG VIKING GAMES INC. f/k/a TALLTREE GAMES; BUFFALO STUDIOS LLC; CIE GAMES, INC.; CROWDSTAR INTERNATIONAL LIMITED; CROWDSTAR INC.; CROWDSTAR NETWORK, LLC; ELECTRONIC ARTS INC. d/b/a EA INTERACTIVE d/b/a PLAYFISH d/b/a POGO GAMES; FUNZIO, INC.; FUNZIO USA, INC.; ROCKYOU, INC.; SIX WAVES INC. f/k/a LOLAPPS INC. d/b/a 6WAVES LOLAPPS d/b/a SIX WAVES; THEBROTH INC.; WOOGA GMBH; and ZYNGA INC. (collectively "Defendants"), as follows:

## THE PARTIES

1.      GAMETEK LLC ("GAMETEK" or "Plaintiff") is a California limited liability company with a place of business at 500 Newport Center Drive, Suite 700, Newport Beach, CA 92660.

2.      On information and belief, FACEBOOK, INC. and FACEBOOK SERVICES, INC. are Delaware corporations with a place of business at 1601 Willow Rd, Menlo Park, CA 94025.

3.      On information and belief, FACEBOOK OPERATIONS, LLC is a Delaware limited liability company with a place of business at 1601 Willow Rd, Menlo Park, CA 94025.

4.      On information and belief, FACEBOOK PAYMENTS, INC. is a Florida corporation with a place of business at 1601 Willow Rd, Menlo Park, CA 94025. FACEBOOK, INC.;

FACEBOOK SERVICES, INC.  Hereinafter, FACEBOOK OPERATIONS, LLC; and FACEBOOK PAYMENTS, INC. are collectively referred to as "FACEBOOK."

5.     On information and belief, Defendants 6WAVES LLC f/k/a LOLAPPS INC. d/b/a 6WAVES LOLAPPS d/b/a SIX WAVES; 6WAVES TECHNOLOGIES, LLC f/k/a LOLAPPS INC. d/b/a 6WAVES LOLAPPS d/b/a SIX WAVES are Delaware limited liability companies with a place of business at 116 New Montgomery St., Suite 700, San Francisco, CA 94105.

6.     On information and belief, Defendant 6WAVES US, INC. f/k/a LOLAPPS INC. d/b/a 6WAVES LOLAPPS d/b/a SIX WAVES is a Delaware corporation with a place of business at 116 New Montgomery St., Suite 700, San Francisco, CA 94105.

7.     On information and belief, SIX WAVES INC. f/k/a LOLAPPS INC. d/b/a 6WAVES LOLAPPS d/b/a SIX WAVES is a British Virgin Island Corporation with place of business at Suite 601, 6/F, Caroline Centre, Lee Gardens Twim 28 Yun Ping Road, Causeway Bay, Hong Kong. Hereinafter, 6WAVES LLC f/k/a LOLAPPS INC. d/b/a 6WAVES LOLAPPS d/b/a SIX WAVES; 6WAVES TECHNOLOGIES, LLC f/k/a LOLAPPS INC. d/b/a 6WAVES LOLAPPS d/b/a SIX WAVES; 6WAVES US, INC. f/k/a LOLAPPS INC. d/b/a 6WAVES LOLAPPS d/b/a SIX WAVES; SIX WAVES INC. f/k/a LOLAPPS INC. d/b/a 6WAVES LOLAPPS d/b/a SIX WAVES are collectively referred to as "SIX WAVES."

8.     On information and belief, BIG VIKING GAMES INC. f/k/a TALLTREE GAMES ("BIG VIKING") is a Canadian corporation with a place of business at 124 Chantry Place #205 London, Ontario N6G5A5 Canada.

9.     On information and belief, BUFFALO STUDIOS LLC ("BUFFALO STUDIOS") is a California corporation with a place of business at 1634 19TH ST, Santa Monica, CA 90404.

10.     On information and belief, CIE GAMES, INC. ("CIE") is a Delaware corporation with a place of business at 111 W Ocean Blvd. # 1800 Long Beach, CA 90802-7936.

11.     On information and belief, CROWDSTAR INTERNATIONAL LIMITED is an Irish corporation with a place of business at 330 Primrose Road Suite 306, Burlingame, CA 94010. Further, on information and belief, CROWDSTAR INC. is a Delaware Corporation with a place of business at 330 Primrose Road Suite 306, Burlingame, CA 94010.

12.     On information and belief, CROWDSTAR NETWORK, LLC is a Delaware limited liability corporation with a place of business at 330 Primrose Road Suite 306, Burlingame, CA 94010. CROWDSTAR INTERNATIONAL LIMITED; CROWDSTAR INC.; and CROWDSTAR NETWORK, LLC are collectively referred to as "CROWDSTAR."

13.     On information and belief, ELECTRONIC ARTS INC. d/b/a EA INTERACTIVE d/b/a PLAYFISH d/b/a POGO GAMES ("EA") is Delaware corporation with a place of business at 209 Redwood Shores Parkway, Redwood City, CA 94065.

14.     On information and belief, FUNZIO, INC. is a Delaware corporations with a place of business at 500 Howard Street, Suite 425, San Francisco, CA 94105. FUNZIO, INC. and FUNZIO USA, INC. are collectively referred to as "FUNZIO."

15.     On information and belief, FUNZIO USA, INC. is a Delaware corporation with a place of business at 500 Howard Street, Suite 425, San Francisco, CA 94105. Hereinafter, FUNZIO, INC. and FUNZIO USA, INC. are collectively referred to as "FUNZIO."

10.     On information and belief, ROCKYOU, INC. ("ROCKYOU") is a Delaware corporation with a place of business at 425 Broadway Street, Redwood City, CA 94063.

11.     On information and belief, THEBROTH INC. ("THEBROTH") is a Delaware corporation with a place of business at 720 Market Street, 3rd Floor, San Francisco, CA 94102.

12.     On information and belief, WOOGA GMBH ("WOOGA") is a German corporation with a place of business at Saarbrücker Straße 38, 10405 Berlin, Germany.

13.     On information and belief, ZYNGA INC. ("ZYNGA") is a Delaware corporation with a place of business at 699 8th St, San Francisco, CA 94103.

## JURISDICTION AND VENUE

14.     This action arises under the patent laws of the United States, Title 35 of the United States Code. This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a).

15.     On information and belief, the Defendants are subject to this Court's specific and/or general personal jurisdiction, pursuant to due process and/or the California Long Arm Statute, due at least to their substantial business in California, including related to the infringements alleged herein. Further, on information and belief, Defendants have interactive websites and/or games comprising infringing methods, which are at least used in and/or accessible in California. Further, on information and belief, Defendants regularly conduct and/or solicit business, engage in other persistent courses of conduct, and/or derive substantial revenue from goods and services provided to persons and/or entities in California.

16.     Venue is proper in this district under 28 U.S.C. §§ 1391(b), 1391(c) and 1400(b). Without limitation, on information and belief, Defendants are subject to personal jurisdiction in this district. On information and belief, the Defendants are subject to this Court's specific and/or general personal jurisdiction, pursuant to due process and/or the California Long Arm Statute, due at least to their substantial business in this district, including related to the infringements alleged herein. Further, on information and belief, Defendants have interactive websites and games comprising infringing methods, which are at least used in and/or accessible in this district. Further, on information and belief, Defendants regularly conduct and/or solicit business, engage in other

persistent courses of conduct, and/or derive substantial revenue from goods and services provided to persons and/or entities in this district.

### JOINDER

17.     On information and belief, joinder of these Defendants is proper under 35 U.S.C. § 299, including at least due to the joint involvement of FACEBOOK (e.g., at www.facebook.com) with the management of at least each of Barn Buddy, Bingo Blitz, Car Town, CityVille, Crime City, Empires and Allies, FarmVille, Fish World, Happy Aquarium, Mafia Wars 2, Monster World, Poppit! Sprint, Ravenwood Fair, and/or Zoo World.

### COUNT I

### INFRINGEMENT OF U.S. PATENT NO. 7,076,445

18.     United States Patent No. 7,076,445 ("the '445 patent"), entitled "SYSTEM AND METHODS FOR OBTAINING ADVANTAGES AND TRANSACTING THE SAME IN A COMPUTER GAMING ENVIRONMENT," issued on July 11, 2006.

19.     GAMETEK is the present assignee of the entire right, title and interest in and to the '445 patent, including all rights to sue for past and present infringement.  Accordingly, GAMETEK has standing to bring this lawsuit for infringement of the '445 patent.

20.     The various claims of the '445 patent cover, inter alia, a method of managing a game comprising displaying a plurality of game objects, determining if the user has sufficient consideration to purchase a game object, presenting an offer to purchase the game object dependent upon parameters comprising the tracked activity of the user and the indication that the user has sufficient consideration, permitting the user to purchase the game object without interrupting the game, supplying the purchased game object to the user without interrupting the game, and incorporating the game object into the game.

21.     On information and belief, FACEBOOK has been and now is infringing, including jointly, the '445 patent by actions comprising managing a game comprising displaying a plurality of game objects, determining if the user has sufficient consideration to purchase a game object, presenting an offer to purchase the game object dependent upon parameters comprising the tracked activity of the user and the indication that the user has sufficient consideration, permitting the user to purchase the game object without interrupting the game, supplying the purchased game object to the user without interrupting the game, and incorporating the game object into the game. On information and belief, such methods comprise Barn Buddy, Bingo Blitz, Car Town, CityVille, Crime City, Empires and Allies, FarmVille, Fish World, Happy Aquarium, Mafia Wars 2, Monster World, Poppit! Sprint, Ravenwood Fair, and/or Zoo World.

22.     Further, on information and belief, FACEBOOK makes, uses, and hosts the game known as Barn Buddy.

23.     Further, on information and belief, FACEBOOK makes, uses, and hosts the game known as Bingo Blitz.

24.     Further, on information and belief, FACEBOOK makes, uses, and hosts the game known as Car Town.

25.     Further, on information and belief, FACEBOOK makes, uses, and hosts the game known as CityVille.

26.     Further, on information and belief, FACEBOOK makes, uses, and hosts the game known as Crime City.

27.     Further, on information and belief, FACEBOOK makes, uses, and hosts the game known as Empires and Allies.

28.     Further, on information and belief, FACEBOOK makes, uses, and hosts the game known as FarmVille.

29.     Further, on information and belief, FACEBOOK makes, uses, and hosts the game known as Fish World.

30.     Further, on information and belief, FACEBOOK makes, uses, and hosts the game known as Happy Aquarium.

31.     Further, on information and belief, FACEBOOK makes, uses, and hosts the game known as Mafia Wars 2.

32.     Further, on information and belief, FACEBOOK makes, uses, and hosts the game known as Monster World.

33.     Further, on information and belief, FACEBOOK makes, uses, and hosts the game known as Poppit! Sprint.

34.     Further, on information and belief, FACEBOOK makes, uses, and hosts the game known as Ravenwood Fair.

35.     Further, on information and belief, FACEBOOK makes uses, and hosts the game known as Zoo World.

36.     On information and belief, SIX WAVES has been and now is infringing, including jointly, the '445 patent by actions comprising managing a game comprising displaying a plurality of game objects, determining if the user has sufficient consideration to purchase a game object, presenting an offer to purchase the game object dependent upon parameters comprising the tracked activity of the user and the indication that the user has sufficient consideration, permitting the user to purchase the game object without interrupting the game, supplying the purchased game object to the

user without interrupting the game, and incorporating the game object into the game. On information and belief, such methods comprise Ravenwood Fair.

37.     Further, on information and belief, SIX WAVE makes, uses, and hosts the game known as Ravenwood Fair.

38.     On information and belief, BIG VIKING has been and now is infringing, including jointly, the '445 patent by actions comprising managing a game comprising displaying a plurality of game objects, determining if the user has sufficient consideration to purchase a game object, presenting an offer to purchase the game object dependent upon parameters comprising the tracked activity of the user and the indication that the user has sufficient consideration, permitting the user to purchase the game object without interrupting the game, supplying the purchased game object to the user without interrupting the game, and incorporating the game object into the game. On information and belief, such methods comprise Fish World.

39.     Further, on information and belief, BIG VIKING makes, uses, and hosts the game known as Fish World.

40.     On information and belief, BUFFALO STUDIOS has been and now is infringing, including jointly, the '445 patent by actions comprising managing a game comprising displaying a plurality of game objects, determining if the user has sufficient consideration to purchase a game object, presenting an offer to purchase the game object dependent upon parameters comprising the tracked activity of the user and the indication that the user has sufficient consideration, permitting the user to purchase the game object without interrupting the game, supplying the purchased game object to the user without interrupting the game, and incorporating the game object into the game. On information and belief, such methods comprise Bingo Blitz.

41.     Further, on information and belief, BUFFALO STUDIOS makes, uses, and hosts the game known as Bingo Blitz.

42.     On information and belief, CIE has been and now is infringing, including jointly, the '445 patent by actions comprising managing a game comprising displaying a plurality of game objects, determining if the user has sufficient consideration to purchase a game object, presenting an offer to purchase the game object dependent upon parameters comprising the tracked activity of the user and the indication that the user has sufficient consideration, permitting the user to purchase the game object without interrupting the game, supplying the purchased game object to the user without interrupting the game, and incorporating the game object into the game. On information and belief, such methods comprise Car Town.

43.     Further, on information and belief, CIE makes, uses, and hosts the game known as Car Town.

44.     On information and belief, CROWDSTAR has been and now is infringing, including jointly, the '445 patent by actions comprising managing a game comprising displaying a plurality of game objects, determining if the user has sufficient consideration to purchase a game object, presenting an offer to purchase the game object dependent upon parameters comprising the tracked activity of the user and the indication that the user has sufficient consideration, permitting the user to purchase the game object without interrupting the game, supplying the purchased game object to the user without interrupting the game, and incorporating the game object into the game. On information and belief, such methods comprise Happy Aquarium.

45.     Further, on information and belief, CROWDSTAR makes, uses, and hosts the game known as Happy Aquarium.

46.     On information and belief, EA has been and now is infringing, including jointly, the '445 patent by actions comprising managing a game comprising displaying a plurality of game objects, determining if the user has sufficient consideration to purchase a game object, presenting an offer to purchase the game object dependent upon parameters comprising the tracked activity of the user and the indication that the user has sufficient consideration, permitting the user to purchase the game object without interrupting the game, supplying the purchased game object to the user without interrupting the game, and incorporating the game object into the game. On information and belief, such methods comprise Poppit! Sprint.

47.     Further on information and belief, EA makes, uses, and hosts the game known as Poppit! Sprint.

48.     On information and belief, FUNZIO has been and now is infringing, including jointly, the '445 patent by actions comprising managing a game comprising displaying a plurality of game objects, determining if the user has sufficient consideration to purchase a game object, presenting an offer to purchase the game object dependent upon parameters comprising the tracked activity of the user and the indication that the user has sufficient consideration, permitting the user to purchase the game object without interrupting the game, supplying the purchased game object to the user without interrupting the game, and incorporating the game object into the game. On information and belief, such methods comprise Crime City.

49.     Further, on information and belief, FUNZIO makes, uses, and hosts the game known as Crime City.

50.     On information and belief, ROCKYOU has been and now is infringing, including jointly, the '445 patent by actions comprising managing a game comprising displaying a plurality of game objects, determining if the user has sufficient consideration to purchase a game object,

presenting an offer to purchase the game object dependent upon parameters comprising the tracked activity of the user and the indication that the user has sufficient consideration, permitting the user to purchase the game object without interrupting the game, supplying the purchased game object to the user without interrupting the game, and incorporating the game object into the game. On information and belief, such methods comprise Zoo World.

51.    Further, on information and belief, ROCKYOU makes, uses, and hosts the game known as Barn Buddy.

52.    On information and belief, THEBROTH has been and now is infringing, including jointly, the '445 patent by actions comprising managing a game comprising displaying a plurality of game objects, determining if the user has sufficient consideration to purchase a game object, presenting an offer to purchase the game object dependent upon parameters comprising the tracked activity of the user and the indication that the user has sufficient consideration, permitting the user to purchase the game object without interrupting the game, supplying the purchased game object to the user without interrupting the game, and incorporating the game object into the game. On information and belief, such methods comprise Barn Buddy.

53.    Further, on information and belief, THEBROTH makes, uses, and hosts the game known as Barn Buddy.

54.    On information and belief, WOOGA has been and now is infringing, including jointly, the '445 patent by actions comprising managing a game comprising displaying a plurality of game objects, determining if the user has sufficient consideration to purchase a game object, presenting an offer to purchase the game object dependent upon parameters comprising the tracked activity of the user and the indication that the user has sufficient consideration, permitting the user to purchase the game object without interrupting the game, supplying the purchased game object to the

user without interrupting the game, and incorporating the game object into the game. On information and belief, such methods comprise Monster World.

55.     Further, on information and belief, WOOGA makes, uses, and hosts the game known as Monster World.

56.     On information and belief, ZYNGA has been and now is infringing, including jointly, the '445 patent by actions comprising managing a game comprising displaying a plurality of game objects, determining if the user has sufficient consideration to purchase a game object, presenting an offer to purchase the game object dependent upon parameters comprising the tracked activity of the user and the indication that the user has sufficient consideration, permitting the user to purchase the game object without interrupting the game, supplying the purchased game object to the user without interrupting the game, and incorporating the game object into the game. On information and belief, such methods comprise FarmVille, Empires and Allies, Mafia Wars 2, and/or CityVille.

57.     Further, on information and belief, ZYNGA makes, uses, and hosts the game known as Farmville.

58.     Further, on information and belief, ZYNGA makes, uses, and hosts the game known as Empires and Allies.

59.     Further, on information and belief, ZYNGA makes, uses, and hosts the game known as Mafia Wars 2.

60.     Further, on information and belief, ZYNGA makes, uses, and hosts game known as CityVille.

## PRAYER FOR RELIEF

WHEREFORE, GAMETEK respectfully requests that this Court enter:

1.     A judgment in favor of GAMETEK that Defendants have infringed the '445 patent;

- 13 -

2.      A permanent injunction enjoining Defendants, and their officers, directors, employees, agents, affiliates and all others acting in active concert therewith from infringing the '445 patent;

3.      A judgment and order finding that this is an exceptional case within the meaning of 35 U.S.C. § 285 and awarding to GAMETEK its reasonable attorneys' fees;

4.      Any and all other relief to which GAMETEK may show itself to be entitled.

## **DEMAND FOR JURY TRIAL**

Plaintiff, under Rule 38 of the Federal Rules of Civil Procedure, requests a trial by jury of any issues so triable by right.


Dated:      February 28, 2012                                    Respectfully submitted,

                                                                 COLLINS, EDMONDS & POGORZELSKI, PLLC


                                                                  _/s/ *John J. Edmonds*_____
                                                                 John J. Edmonds

                                                                 Attorney for Plaintiff
                                                                 GAMETEK LLC

- 14 -

JS 44 (Rev. 09/11)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
GAMETEK LLC

**DEFENDANTS**
FACEBOOK, INC. et al.

**(b)** County of Residence of First Listed Plaintiff   Orange County, CA
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   San Mateo County, CA
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
John J. Edmonds, Collins, Edmonds, Pogorzelski, Schlather & Tower, PLLC, 1851 East First Street, Suite 900, Santa Ana, California 92705 (951) 708-1237

Attorneys *(If Known)*

**'12CV0501 LAB WMc**

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1  U.S. Government Plaintiff

☒ 3  Federal Question *(U.S. Government Not a Party)*

☐ 2  U.S. Government Defendant

☐ 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical | | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | Personal Injury Product Liability | | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | **LABOR** | ☒ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 720 Labor/Mgmt. Relations | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Med. Malpractice | | ☐ 790 Other Labor Litigation | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | ☐ 510 Motions to Vacate Sentence | | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 535 Death Penalty | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 555 Prison Condition | ☐ 463 Habeas Corpus - Alien Detainee (Prisoner Petition) | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district *(specify)*  ☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
35 U.S.C. § 271
Brief description of cause:
Patent Infringement

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND:  ☒ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE
DOCKET NUMBER   see attached

DATE   02/28/2012

SIGNATURE OF ATTORNEY OF RECORD   /s/ John J. Edmonds

**FOR OFFICE USE ONLY**

RECEIPT #          AMOUNT          APPLYING IFP          JUDGE          MAG. JUDGE

<u>RELATED CASES</u>

GameTek, LLC v. NHN USA, Inc. et al.; CA No. TBD; filed 2/28/12 in SD Cal.

GameTek, LLC v. Gameview Studios, LLC; CA No. TBD; filed 2/28/12 in SD Cal.

GameTek, LLC v. BackFlip Studios, Inc.; CA No. TBD; filed 2/28/12 in SD Cal.