WAYNE BARSKY, SBN 116731
  wbarsky@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2029 Century Park East
Los Angeles, CA  90067-3026
Telephone:    310.552.7010
Facsimile:    310.557.8183

JASON LO, SBN 219030
  jlo@gibsondunn.com
JORDAN BEKIER, SBN 273185
  jbekier@gibsondunn.com
CASSANDRA GAEDT, SBN 280969
  cgaedt@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone: 213.229.7000
Facsimile:  213.229.7520

Attorneys for Defendants FUNZIO, INC. and FUNZIO USA, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| GAMETEK LLC, | CASE NO. 12cv0501-BEN-RBB |
|---|---|
| Plaintiff, | **NOTICE OF APPEARANCE OF COUNSEL FOR FUNZIO, INC. AND FUNZIO USA, INC.** |
| v. | |
| FACEBOOK, INC.; FACEBOOK OPERATIONS, LLC; FACEBOOK PAYMENTS, INC.; FACEBOOK SERVICES, INC.; 6WAVES LLC f/k/a LOLAPPS INC. d/b/a 6WAVES LOLAPPS d/b/a SIX WAVES; 6WAVES TECHNOLOGIES, LLC f/k/a LOLAPPS INC. d/b/a 6WAVES LOLAPPS d/b/a SIX WAVES; BIG VIKING GAMES INC. f/k/a TALL TREE GAMES; BUFFALO STUDIOS LLC; CIE GAMES, INC.; CROWDSTAR INTERNATIONAL LIMITED; CROWDSTAR INC.; CROWDSTAR NETWORK, LLC; ELECTRONIC ARTS INC. d/b/a EA INTERACTIVE d/b/a PLAYFISH d/b/a POGO GAMES; FUNZIO, INC.; FUNZIO USA, INC.; ROCKYOU, INC.; SIX WAVES INC. f/k/a LOLAPPS INC. d/b/a 6WAVES LOLAPPS d/b/a SIX WAVES; THEBROTH INC.; WOOGA GMBH; ZYNGA INC.; and DIGITAL CHOCOLATE, INC. | |

Defendants.

**PLEASE TAKE NOTICE** that Wayne Barsky, Jason Lo, Jordan Bekier and Cassandra Gaedt of Gibson, Dunn & Crutcher LLP hereby enter their appearances in the above-captioned matter on behalf of Defendants Funzio, Inc. and Funzio USA, Inc.

Dated: June 4, 2012

WAYNE BARSKY
JASON LO
JORDAN BEKIER
CASSANDRA GAEDT
GIBSON, DUNN & CRUTCHER LLP


By:  /s/ Jason Lo
        Jason Lo

Attorneys for Defendants FUNZIO, INC. and FUNZIO USA, INC.

# CERTIFICATE OF SERVICE

I, the undersigned, declare:

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 333 South Grand Avenue, Los Angeles, California 90071.

On June 4, 2012, I caused the following documents to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filings to all known counsel of record:

**NOTICE OF APPEARANCE OF COUNSEL FOR FUNZIO, INC. AND FUNZIO USA, INC.**

I declare under penalty of perjury under the laws of the United States of America and the State of California that the above is true and correct.

Executed on June 4, 2012, at Los Angeles, California.

/s/ Jason Lo
Jason Lo