WAYNE BARSKY, SBN 116731
   wbarsky@gibsondunn.com
Gibson, Dunn & Crutcher LLP
2029 Century Park E
Los Angeles, CA  90067-3026
Telephone:  310.557.8183
Facsimile:  310.552.7010

JASON LO, SBN 219030
   jlo@gibsondunn.com
JORDAN BEKIER, SBN 273185
   jbekier@gibsondunn.com
CASSANDRA GAEDT, SBN 280969
   cgaedt@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone: 213.229.7000
Facsimile:  213.229.7520

Attorneys for CIE GAMES, INC., CROWDSTAR INTERNATIONAL LIMITED, CROWDSTAR INC., CROWDSTAR NETWORK, LLC, ELECTRONIC ARTS INC. d/b/a EA INTERACTIVE d/b/a PLAYFISH d/b/a POGO GAMES, FUNZIO, INC., FUNZIO USA, INC., ZYNGA INC., and DIGITAL CHOCOLATE, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAMETEK LLC,<br><br>             Plaintiff,<br><br>    v.<br><br>FACEBOOK, INC.; FACEBOOK OPERATIONS, LLC; FACEBOOK PAYMENTS, INC.; FACEBOOK SERVICES, INC.; 6WAVES LLC f/k/a LOLAPPS INC. d/b/a 6WAVES LOLAPPS d/b/a SIX WAVES; 6WAVES TECHNOLOGIES, LLC f/k/a LOLAPPS INC. d/b/a 6WAVES LOLAPPS d/b/a SIX WAVES; BIG VIKING GAMES INC. f/k/a TALL TREE GAMES; BUFFALO STUDIOS LLC; CIE GAMES, INC.; CROWDSTAR INTERNATIONAL LIMITED; CROWDSTAR INC.; CROWDSTAR NETWORK, LLC; ELECTRONIC ARTS INC. d/b/a EA INTERACTIVE d/b/a PLAYFISH d/b/a POGO GAMES; FUNZIO, INC.; FUNZIO USA, INC.; ROCKYOU, INC.; SIX WAVES INC. f/k/a LOLAPPS INC. d/b/a 6WAVES LOLAPPS d/b/a SIX WAVES; THEBROTH | CASE NO. 12cv0501-BEN-RBB<br><br>**DEFENDANTS CIE GAMES, CROWDSTAR, ELECTRONIC ARTS, FUNZIO, ZYNGA AND DIGITAL CHOCOLATE'S NOTICE OF MOTION AND MOTION TO DISMISS UNDER 35 U.S.C. SECTION § 299 AND FED. R. CIV. P. 21**<br><br>**[Memorandum of Points and Authorities Filed Concurrently Herewith]**<br><br>HEARING:<br><br>Date:  July 16, 2012<br>Time:  10:30 a.m.<br>Judge:  Hon. Roger T. Benitez<br>Courtroom: 3 |

INC.; WOOGA GMBH; ZYNGA INC.; and DIGITAL CHOCOLATE, INC.

   Defendants.

**PLEASE TAKE NOTICE** that on July 16, 2012, at 10:30 a.m., or as soon thereafter as the matter may be heard, in Courtroom 3 of the above-titled court, located at 940 Front Street, San Diego, CA 92101, Defendants Cie Games, Inc., Crowdstar International Limited, Crowdstar Inc., Crowdstar Network, LLC, Electronic Arts Inc. d/b/a EA Interactive d/b/a Playfish d/b/a Pogo Games, Funzio, Inc., Funzio USA, Inc., Zynga Inc., and Digital Chocolate, Inc. (collectively, "the Moving Parties") will and do move the Court, pursuant to Federal Rule of Civil Procedure 21, to dismiss the Moving Parties on the following grounds:

The Moving Parties are misjoined under 35 U.S.C. § 299 because Plaintiff Gametek LLC has not alleged sufficient facts to support joinder. The Moving Parties are separate companies with independently accused games, the alleged infringements do not arise out of the same transaction or occurrence or have common questions of fact, and Plaintiff has not alleged facts otherwise. Thus, because the Moving Parties are joined in this action solely based on alleged infringement of the same patent, Section 299 specifically prohibits joinder in this case, and the Federal Rule of Civil Procedure 21 permits dismissal for misjoinder.

This Motion to Dismiss is based on this Notice of Motion and Motion; the Memorandum of Points and Authorities filed concurrently herewith; and such further evidence and argument as the Court may permit or require at or prior to the time of the hearing on this Motion.

Dated: June 18, 2012

          WAYNE BARSKY
          JASON LO
          JORDAN BEKIER
          CASSANDRA GAEDT
          GIBSON, DUNN & CRUTCHER LLP

          By:  /s/ Jason Lo
                         Jason Lo

Attorneys for CIE GAMES, INC., CROWDSTAR INTERNATIONAL LIMITED, CROWDSTAR INC., CROWDSTAR NETWORK, LLC, ELECTRONIC ARTS INC. d/b/a EA INTERACTIVE d/b/a PLAYFISH d/b/a POGO GAMES, FUNZIO, INC., FUNZIO USA, INC., ZYNGA INC., and DIGITAL CHOCOLATE, INC.

# CERTIFICATE OF SERVICE

I, the undersigned, declare:

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 333 South Grand Avenue, Los Angeles, California 90071.

On June 18, 2012, I caused the following document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filings to all known counsel of record:

**DEFENDANTS CIE GAMES, ELECTRONIC ARTS, CROWDSTAR, FUNZIO, ZYNGA AND DIGITAL CHOCOLATE'S NOTICE OF MOTION AND MOTION TO DISMISS UNDER 35 U.S.C. SECTION § 299 AND FED. R. CIV. P. 21**

I declare under penalty of perjury under the laws of the United States of America and the State of California that the above is true and correct. Executed on June 18, 2012, at Los Angeles, California.

/s/ Jason Lo
Jason Lo