WAYNE BARSKY, SBN 116731
wbarsky@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2029 Century Park East
Los Angeles, CA 90067-3026
Telephone: 310.552.7010
Facsimile: 310.557.8183

JASON LO, SBN 219030
jlo@gibsondunn.com
JORDAN BEKIER, SBN 273185
jbekier@gibsondunn.com
CASSANDRA GAEDT, SBN 280969
cgaedt@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

Attorneys for Defendants FUNZIO, INC. and FUNZIO USA, INC.

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

GAMETEK LLC

Plaintiff,

v.

FACEBOOK, INC.; FACEBOOK OPERATIONS, LLC; FACEBOOK PAYMENTS, INC.; FACEBOOK SERVICES, INC.; 6WAVES LLC f/k/a LOLAPPS INC. d/b/a 6WAVES LOLAPPS d/b/a SIX WAVES; 6WAVES TECHNOLOGIES, LLC f/k/a LOLAPPS INC. d/b/a 6WAVES LOLAPPS d/b/a SIX WAVES; 6WAVES US, INC. f/k/a LOLAPPS INC. d/b/a 6WAVES LOLAPPS d/b/a SIX WAVES; BIG VIKING GAMES INC. f/k/a TALLTREE GAMES; BUFFALO STUDIOS LLC; CIE GAMES, INC.; CROWDSTAR INTERNATIONAL LIMITED; CROWDSTAR INC.; CROWDSTAR NETWORK, LLC; ELECTRONIC ARTS INC. d/b/a EA INTERACTIVE d/b/a PLAYFISH d/b/a POGO GAMES; FUNZIO, INC.; FUNZIO USA, INC.; ROCKYOU, INC.; SIX WAVES INC. f/k/a LOLAPPS INC. d/b/a 6WAVES LOLAPPS d/b/a

Case No. 3:12-cv-00501 BEN (RBB)

**NOTICE OF SUBSTITUTION OF COUNSEL FOR FUNZIO, INC. AND FUNZIO USA, INC.**

Judge: Honorable Roger T. Benitez

SIX WAVES; THEBROTH INC.; WOOGA GMBH; ZYNGA INC.; and DIGITAL CHOCOLATE, INC.

Defendants.

**TO THE COURT, AND TO ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Defendants Funzio, Inc. and Funzio USA, Inc.[1] hereby substitute Wayne Barsky, Jason Lo, Jordan Bekier and Cassandra Gaedt of Gibson, Dunn & Crutcher LLP[2] in place of:

**KING & SPALDING LLP**
SANJEET K. DUTTA (CA Bar No. 203463)
sdutta@kslaw.com
JOHN O. GILMORE (CA Bar No. 227053)
jgilmore@kslaw.com
KING & SPALDING LLP
333 Twin Dolphin Drive, Suite 400
Redwood Shores, CA 94065
Telephone: (650) 590-0700
Facsimile: (650) 590-1900

SCOTT T. WEINGAERTNER (*Pro Hac Vice*)
sweingaertner@kslaw.com
ROBERT F. PERRY (*Pro Hac Vice*)
rperry@kslaw.com
KING & SPALDING LLP
1185 Avenue of the Americas
New York, NY 10036
Telephone: (212) 556-2310
Facsimile: (212) 556-2222

**COOLEY LLP**
MICHAEL G. RHODES (CA Bar No. 116127)
rhodesmg@cooley.com
JOHN S. KYLE (CA Bar No. 199196)
jkyle@cooley.com
COOLEY LLP
4401 Eastgate Mall
San Diego, CA 92121
Telephone: (858) 550-6000
Facsimile: (858) 550-6420

HEIDI L. KEEFE (CA Bar No. 178960)
hkeefe@cooley.com
MARK WEINSTEIN (CA Bar No. 193043)
mweinstein@cooley.com
COOLEY LLP
3175 Hanover Street
Palo Alto, CA 94304
Telephone: (650) 843-5000
Facsimile: (650) 849-7400

---

1 Funzio USA, Inc. was recently dissolved as part of the acquisition of Funzio, Inc. by GREE international, Inc.

2 Wayne Barsky, Jordan Bekier, and Cassandra Gaedt are filing separate notices of appearance concurrent with this notice.

Please remove the attorneys of King & Spalding LLP from all service lists for this action. Cooley LLP remains counsel of record for certain other defendants in this action, but should be removed from service of papers directed to Funzio.

DATED: June 26, 2012

**GIBSON, DUNN & CRUTCHER LLP**

/s/ Jason C. Lo
Jason C. Lo

WAYNE BARSKY, SBN 116731
wbarsky@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2029 Century Park East
Los Angeles, CA 90067-3026
Telephone: 310.552.7010
Facsimile: 310.557.8183

JASON LO, SBN 219030
jlo@gibsondunn.com
JORDAN BEKIER, SBN 273185
jbekier@gibsondunn.com
CASSANDRA GAEDT, SBN 280969
cgaedt@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

ATTORNEYS FOR DEFENDANTS
FUNZIO, INC. and
FUNZIO USA, INC.

DATED: June 25, 2012

NAOKI AOYAGI

PRESIDENT
FUNZIO, INC.

DATED: June 18, 2012

**KING & SPALDING LLP**

By: */s/ John O. Gilmore*
JOHN O. GILMORE

SANJEET K. DUTTA (CA Bar No. 203463)
sdutta@kslaw.com
JOHN O. GILMORE (CA Bar No. 227053)
jgilmore@kslaw.com
KING & SPALDING LLP
333 Twin Dolphin Drive, Suite 400
Redwood Shores, CA 94065
Telephone: (650) 590-0700
Facsimile: (650) 590-1900

SCOTT T. WEINGAERTNER (*Pro Hac Vice*)
sweingaertner@kslaw.com
ROBERT F. PERRY (*Pro Hac Vice*)
rperry@kslaw.com
KING & SPALDING LLP
1185 Avenue of the Americas
New York, NY 10036
Telephone: (212) 556-2310
Facsimile: (212) 556-2222

DATED: June 25, 2012

**COOLEY LLP**

*/s/John S. Kyle*
John S. Kyle

MICHAEL G. RHODES (CA Bar No. 116127)
rhodesmg@cooley.com
JOHN S. KYLE (CA Bar No. 199196)
jkyle@cooley.com
COOLEY LLP
4401 Eastgate Mall
San Diego, CA 92121
Telephone: (858) 550-6000
Facsimile: (858) 550-6420

HEIDI L. KEEFE (CA Bar No. 178960)
hkeefe@cooley.com
MARK WEINSTEIN (CA Bar No. 193043)
mweinstein@cooley.com
COOLEY LLP
3175 Hanover Street
Palo Alto, CA 94304
Telephone: (650) 843-5000
Facsimile: (650) 849-7400

**CERTIFICATE OF SERVICE**

I, the undersigned, declare:

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 333 South Grand Avenue, Los Angeles, California 90071.

On June 26, 2012, I caused the following documents to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filings to all known counsel of record:

**NOTICE OF SUBSTITUTION OF COUNSEL FOR FUNZIO, INC. AND FUNZIO USA, INC.**

I declare under penalty of perjury under the laws of the United States of America and the State of California that the above is true and correct.

Executed on June 26, 2012, at Los Angeles, California.

/s/ Jason Lo

Jason Lo