John J. Edmonds (State Bar No. 274200)
jedmonds@cepiplaw.com
COLLINS EDMONDS POGORZELSKI
SCHLATHER & TOWER, PLLC
1851 East First Street, Suite 900
Santa Ana, California 92705
Telephone: (951) 708-1237
Facsimile: (951) 824-7901

Attorney for Plaintiff,
**GAMETEK LLC**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAMETEK LLC,<br><br>          Plaintiff,<br>     v.<br><br>FACEBOOK, INC.; FACEBOOK OPERATIONS, LLC; FACEBOOK PAYMENTS, INC.; FACEBOOK SERVICES, INC.; 6WAVES LLC f/k/a LOLAPPS INC. d/b/a 6WAVES LOLAPPS d/b/a SIX WAVES; 6WAVES TECHNOLOGIES, LLC f/k/a LOLAPPS INC. d/b/a 6WAVES LOLAPPS d/b/a SIX WAVES; 6WAVES US, INC. f/k/a LOLAPPS INC. d/b/a 6WAVES LOLAPPS d/b/a SIX WAVES; BIG VIKING GAMES INC. f/k/a TALLTREE GAMES; BUFFALO STUDIOS LLC; CIE GAMES, INC.; CROWDSTAR INTERNATIONAL LIMITED; CROWDSTAR INC.; CROWDSTAR NETWORK, LLC; ELECTRONIC ARTS INC. d/b/a EA INTERACTIVE d/b/a PLAYFISH d/b/a POGO GAMES; FUNZIO, INC.; FUNZIO USA, INC.; ROCKYOU, INC.; SIX WAVES INC. f/k/a LOLAPPS INC. d/b/a 6WAVES LOLAPPS d/b/a SIX WAVES; THEBROTH INC.; WOOGA GMBH; and ZYNGA INC.<br><br>          Defendants. | Case No.: 3:12-cv-00501-BEN-RBB<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF FACEBOOK, INC.; FACEBOOK OPERATIONS, LLC; FACEBOOK PAYMENTS, INC. AND FACEBOOK SERVICES, INC.** |

- 1 –

Case No.: 3:12-cv-00503-BEN-RBB

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Gametek respectfully submits this notice of voluntary dismissal of all claims against Defendants FACEBOOK, INC.; FACEBOOK OPERATIONS, LLC; FACEBOOK PAYMENTS, INC. and FACEBOOK SERVICES, INC.

July 2, 2012                                            Respectfully Submitted,

                                                        /s/ John J. Edmonds
                                                        John J. Edmonds

                                                        Attorney for Plaintiff,
                                                        **GAMETEK LLC**

## **CERTIFICATE OF SERVICE**

I, John J. Edmonds, declare as follows:

I am over the age of eighteen years and am not a party to this action. I am employed at the law firm of Collins, Edmonds, Pogorzelski, Schlather & Tower, PLLC and I am a member of the bar of this Court. I hereby certify that on July 2, 2012, the following document was transmitted via the Court's Electronic Case Filing (ECF) system:

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF FACEBOOK, INC.; FACEBOOK OPERATIONS, LLC; FACEBOOK PAYMENTS, INC.; AND FACEBOOK SERVICES, INC.**

I further certify that the attached document was sent on July 2, 2012, via the Court's Electronic Case Filing (ECF) system to all counsel of record in this action.

July 2, 2012                                            /s/ John J. Edmonds
                                                        John J. Edmonds