WAYNE BARSKY, SBN 116731
  wbarsky@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2029 Century Park East
Los Angeles, CA 90067-3026
Telephone: 310.552.7010
Facsimile: 310.557.8183

JASON LO, SBN 219030
  jlo@gibsondunn.com
JORDAN H. BEKIER, SBN 273185
  jbekier@gibsondunn.com
CASSANDRA L. GAEDT, SBN 280969
  cgaedt@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone: 213.229.7000
Facsimile:  213.229.7520

Attorneys for Defendants Cie Games; Crowdstar; EA; Funzio; Zynga; and Digital Chocolate

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Gametek LLC, | CASE NO. 12cv0501-BEN-RBB |
| Plaintiff, | **JOINT MOTION TO SEVER CLAIMS AGAINST DEFENDANTS** |
| v. | Judge:     Roger T. Benitez |
| FACEBOOK, INC.; FACEBOOK OPERATIONS, LLC; FACEBOOK PAYMENTS, INC.; FACEBOOK SERVICES, INC.; 6WAVES LLC f/k/a LOLAPPS INC. d/b/a 6WAVES LOLAPPS d/b/a SIX WAVES; 6WAVES TECHNOLOGIES, LLC f/k/a LOLAPPS INC. d/b/a 6WAVES LOLAPPS d/b/a SIX WAVES; BIG VIKING GAMES INC. f/k/a TALL TREE GAMES; BUFFALO STUDIOS LLC; CIE GAMES, INC.; CROWDSTAR INTERNATIONAL LIMITED; CROWDSTAR INC.; CROWDSTAR NETWORK, LLC; ELECTRONIC ARTS INC. d/b/a EA INTERACTIVE d/b/a PLAYFISH d/b/a POGO GAMES; FUNZIO, INC.; FUNZIO USA, INC.; ROCKYOU, INC.; SIX WAVES INC. f/k/a LOLAPPS INC. d/b/a 6WAVES LOLAPPS d/b/a SIX WAVES; THEBROTH INC.; WOOGA GMBH; ZYNGA INC.; and DIGITAL CHOCOLATE, INC., | |

Defendants.

Plaintiff Gametek, LLC and Defendants Cie Games, Inc. ("Cie Games"); Crowdstar International Limited, Crowdstar Inc., and Crowdstar Network, LLC ("Crowdstar"); Electronic Arts Inc. d/b/a EA Interactive d/b/a Playfish d/b/a Pogo Games ("EA"); Funzio, Inc. and Funzio USA, Inc. ("Funzio"); Zynga Inc. ("Zynga"); and Digital Chocolate, Inc. ("Digital Chocolate") (collectively, "Defendants"), hereby jointly move, through their respective counsel, that the claims against Defendants be severed into separate actions.

In view of Gametek LLC's Opposition to the Motion to Dismiss Parties filed in the above captioned litigation, *Gametek LLC v. Facebook et al.* (Dkt. No. 121), the Plaintiff and Defendants agree that severance of these Defendants is proper. The parties further agree that the claims against the Defendants should be severed into separate actions as follows:

1. *Gametek v. Cie Games, Inc.*
2. *Gametek v. Crowdstar International Limited, Crowdstar Inc., and Crowdstar Network, LLC*
3. *Gametek v. Electronic Arts Inc. d/b/a EA Interactive d/b/a Playfish d/b/a Pogo Games*
4. *Gametek v. Funzio, Inc. and Funzio USA, Inc.*
5. *Gametek v. Zynga Inc.*
6. *Gametek v. Digital Chocolate, Inc.*

Subject to the Court's approval, the parties respectfully request that the claims against these Defendants be severed and that the Clerk open a new case number for each of the Defendants moving herein. The parties agree that all documents previously filed in the *Gametek v. Facebook, et al.* suit captioned above will be deemed filed in the new, severed cases, and all rights, defenses, and/or arguments of all parties remain intact. The parties also agree that the granting of this motion renders moot the Motion to Dismiss Parties (Dkt. No. 97), and that the hearing on this motion scheduled for July 16, 2012 at 10:30am is no longer required.

Respectfully submitted,

Dated: July 6, 2012

                                GIBSON, DUNN & CRUTCHER LLP

                                By:  /s/ Jason Lo
                                        Jason Lo
                                        Wayne Barsky
                                        Jordan Bekier
                                        Cassandra Gaedt

                              Attorneys for Defendants Cie Games, Crowdstar, EA, Funzio, Zynga, and Digital Chocolate

Dated: July 6, 2012

                              COLLINS EDMONDS POGORZELSKI
                              SCHLATHER & TOWER, PLLC

                              By:  /s/ John Edmonds
                                        John Edmonds

                              Attorney for Plaintiff Gametek, LLC

# CERTIFICATE OF SERVICE

I, the undersigned, declare:

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 333 South Grand Avenue, Los Angeles, California 90071.

On July 6, 2012, I caused the following documents to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filings to all known counsel of record:

**JOINT MOTION TO SEVER CLAIMS AGAINST DEFENDANTS**

I declare under penalty of perjury under the laws of the United States of America and the State of California that the above is true and correct.

Executed on July 6, 2012, at Los Angeles, California.

                                     /s/ Jason Lo
                                       Jason Lo

101321295.1