MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

GAMETEK v. FACEBOOK, INC.                                Case No. 12cv0501 BEN(RBB)
                                                         **Time Spent:**

HON. RUBEN B. BROOKS        CT. DEPUTY VICKY LEE                    Rptr.

Attorneys

| Plaintiffs | Defendants |
|---|---|
| John Edmonds | Michael Rhodes |
|  | John Kyle |
|  | Daralyn Durie |
|  | Callie Bjurstrom |
|  | John Jackson |
|  | Ross Hyslop |
|  | Jason Lo |
|  | Cassandra Gaedt |
|  | Julie Turner |
|  | Scott Partridge |
|  | Lisa Kelly |

PROCEEDINGS:  _____ In Chambers    _____ In Court    _____ Telephonic

An in-person settlement conference is set for October 17, 2012, at 10:00 a.m.

**All parties and counsel shall be present at the conference in Judge Brooks's chambers, 940 Front Street, Room 1185. Parties other than individuals shall bring a non-lawyer representative with complete authority to enter into a binding settlement and a claims adjuster, if appropriate.**

DATE: July 12, 2012          IT IS SO ORDERED:   *Ruben Brooks*
                                                 Ruben B. Brooks,
                                                 U.S. Magistrate Judge
cc: Judge Benitez                                INITIALS: VL (mg) Deputy
    All Parties of Record