John J. Edmonds (State Bar No. 274200)
jedmonds@cepiplaw.com
COLLINS EDMONDS POGORZELSKI
SCHLATHER & TOWER, PLLC
1851 East First Street, Suite 900
Santa Ana, California 92705
Telephone: (951) 708-1237
Facsimile: (951) 824-7901

Attorney for Plaintiff,
**GAMETEK LLC**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| GAMETEK LLC, | |
|---|---|
| Plaintiff, | Case No.: 3:12-cv-00501-BEN-RBB |
| v. | **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF WOOGA GMBH's** |
| FACEBOOK, INC., et. al. | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Gametek respectfully submits this notice of voluntary dismissal of all claims against Defendant Wooga GMBH without prejudice.

Dated:   July 16, 2012                        Respectfully submitted,

/s/ John J. Edmonds
John J. Edmonds
COLLINS EDMONDS POGORZELSKI
SCHLATHER & TOWER, PLLC

Attorney for Plaintiff
GAMETEK LLC

- 1 -

## CERTIFICATE OF SERVICE

I, John J. Edmonds, declare as follows:

I am over the age of eighteen years and am not a party to this action. I am employed at the law firm of Collins, Edmonds, Pogorzelski, Schlather & Tower, PLLC and I am a member of the bar of this Court. I hereby certify that on July 16, 2012, the following document was transmitted via the Court's Electronic Case Filing (ECF) system:

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FERDERAL RULE OF CIVIL PROCEDURE 41(A)(1)**

I further certify that the attached document was sent on July 16, 2012, via the Court's Electronic Case Filing (ECF) system to all counsel of record in this action.

Dated:   July 16, 2012            /s/ John J. Edmonds
                                  John J. Edmonds