**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

GAMETEK v. FACEBOOK, INC.                                    Case No. 12cv0501 BEN(RBB)
                                                             **Time Spent:**

HON. RUBEN B. BROOKS        CT. DEPUTY VICKY LEE                            Rptr.

                                   Attorneys

| Plaintiffs | Defendants |
|---|---|
| John Edmonds | Michael Rhodes |
| | John Kyle |
| | Daralyn Durie |
| | Callie Bjurstrom |
| | John Jackson |
| | Ross Hyslop |
| | Jason Lo |
| | Cassandra Gaedt |
| | Julie Turner |
| | Scott Partridge |
| | Lisa Kelly |

PROCEEDINGS:  _____ In Chambers    _____ In Court    _____ Telephonic

The settlement conference set for October 17, 2012, at 10:00 a.m. is vacated and reset for October 17, 2012, at 8:30 a.m.

DATE: September 6, 2012        IT IS SO ORDERED:  *Ruben Brooks*
                                                  Ruben B. Brooks,
                                                  U.S. Magistrate Judge
cc:  Judge Benitez                                INITIALS:  VL (mg)  Deputy
     All Parties of Record

I:\Chambers Brooks\CASES\GAMETEK0501\Minute03.wpd