COLLINS EDMONDS POGORZELSKI
SCHLATHER & TOWER, PLLC
  John J. Edmonds (SBN 274200)Email: jedmonds@cepiplaw.com
  Stephen F. Schlather (pro hac vice)
  Email: sschlather@cepiplaw.com
  Johnathan K. Yazdani (pro hac vice)
  Email: jyazdani@cepiplaw.com
1851 E. First St. Suite 900
Santa Ana, CA 92705
Telephone (951)708-1237

Attorneys for Plaintiff
GAMETEK LLC


WAYNE BARSKY, SBN 116731
  wbarsky@gibsondunn.com
JASON LO, SBN 219030
  jlo@gibsondunn.com
JORDAN H. BEKIER, SBN 273185
  jbekier@gibsondunn.com
CASSANDRA L. GAEDT, SBN 280969
  cgaedt@gibsondunn.com
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone:    213.229.7000
Facsimile:    213.229.7520

Attorneys for Defendants BIG VIKING GAMES, CIE GAMES, CROWDSTAR, DIGITAL CHOCOLATE, EA, FUNZIO, ZYNGA

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GAMETEK LLC,<br><br>        Plaintiff,<br><br>   vs.<br><br>FACEBOOK, INC., ET AL.;<br><br>        Defendants. | CASE NO.: 3:12-cv-501-BEN-RBB<br><br>**JOINT CLAIM CONSTRUCTION HEARING STATEMENT** |

Plaintiff GAMETEK LLC and Defendants 6WAVES LLC f/k/a LOLAPPS INC. d/b/a 6WAVES LOLAPPS d/b/a SIX WAVES; 6WAVES TECHNOLOGIES, LLC f/k/a LOLAPPS INC. d/b/a 6WAVES LOLAPPS d/b/a SIX WAVES; 6WAVES US, INC. f/k/a LOLAPPS INC.

d/b/a 6WAVES LOLAPPS d/b/a SIX WAVES; BIG VIKING GAMES INC. f/k/a TALLTREE GAMES; BUFFALO STUDIOS LLC; CIE GAMES, INC.; CROWDSTAR INTERNATIONAL LIMITED; CROWDSTAR INC.; CROWDSTAR NETWORK, LLC; ELECTRONIC ARTS INC. d/b/a EA INTERACTIVE d/b/a PLAYFISH d/b/a POGO GAMES; FUNZIO, INC.; FUNZIO USA, INC.; ROCKYOU, INC.; SIX WAVES INC. f/k/a LOLAPPS INC. d/b/a 6WAVES LOLAPPS d/b/a SIX WAVES; ZYNGA INC.; and DIGITAL CHOCOLATE, INC. ("Defendants"), by and through their respective counsel, respectfully submit this Joint Claim Construction Hearing Statement, as follows:

**I.      The anticipated length of time necessary for the Claim Construction Hearing.**

Four (4) hours.

**II.     Whether any party proposes to call one or more witnesses, including experts, at the Claim Construction Hearing.**

None proposed by either side at this time.

Respectfully submitted,

Dated: November 19, 2012        COLLINS EDMONDS POGORZELSKI
SCHLATHER & TOWER, PLLC


By:  /s/ *John J. Edmonds*
          John J. Edmonds

Attorneys for Plaintiff
GAMETEK LLC

| | | |
|---|---|---|
| 1 | Dated: November 19, 2012 | GIBSON, DUNN & CRUTCHER LLP |
| 2 | | |
| 3 | | By:  /s/ *Jason Lo* |
| 4 | | Wayne Barsky<br>Jason Lo |
| 5 | | Jordan H. Bekier<br>Cassandra L. Gaedt |
| 6 | | Attorneys for BIG VIKING GAMES, CIE GAMES, CROWDSTAR, DIGITAL CHOCOLATE, |
| 7 | | FUNZIO, EA, AND ZYNGA |
| 8 | | |
| 9 | Dated: November 19, 2012 | |
| 10 | | DURIE TANGRI LLP |
| 11 | | RAGESH K. TANGRI (SBN 159477)<br>rtangri@durietangri.com |
| 12 | | SONALI D. MAITRA (SBN 254896)<br>smaitra@durietangri.com |
| 13 | | JESSE GERACI (SBN 259755)<br>jgeraci@durietangri.com |
| 14 | | 217 Leidesdorff Street<br>San Francisco, CA 94111 |
| 15 | | Telephone: 415-362-6666<br>FACSIMILE: 415-236-6300 |
| 16 | | |
| 17 | | |
| 18 | | By:  /s/ *Jesse Geraci* |
| 19 | | Attorneys for 6WAVES LLC; 6WAVES |
| 20 | | TECHNOLOGIES, LLC; 6WAVES US, INC.; and SIX WAVES INC. |
| 21 | Dated: November 19, 2012 | |
| 22 | | TURNER BOYD LLP |
| 23 | | JULIE S. TURNER (SBN 191146)<br>turner@turnerboyd.com |
| 24 | | 2570 W. El Camino Real, Suite 380<br>Mountain View, CA 94040 |
| 25 | | |
| 26 | | |
| 27 | | By:  /s/ *Julie S. Turner*<br>Julie S. Turner |
| 28 | | Attorneys for ROCKYOU, INC. |

## **CERTIFICATE OF SERVICE**

I, John J. Edmonds, declare as follows:

I am over the age of eighteen years and am not a party to this action. I am employed at the law firm of Collins, Edmonds, Pogorzelski, Schlather & Tower, PLLC and I am a member of the bar of this Court. I hereby certify that on November 19, 2012, the following document was transmitted via the Court's Electronic Case Filing (ECF) system:

### **JOINT CLAIM CONSTRUCTION HEARING STATEMENT**

I further certify that the attached document was sent on November 19, 2012, via the Court's Electronic Case Filing (ECF) system to all counsel of record in this action.

Dated: November 19, 2012                         Respectfully Submitted,

/s/ *John J. Edmonds*
John J. Edmonds

ATTORNEY FOR GAMETEK LLC.