

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| GAMETEK LLC, | CASE NO. 3:12-cv-00501-BEN-RBB |
|---|---|
| Plaintiff, | **ORDER GRANTING STIPULATED MOTION TO DISMISS** |
| v. | [Docket No. 223] |
| FACEBOOK, INC.; et al., | |
| Defendants. | |

CAME ON THIS DAY for consideration of the Stipulated Motion for Dismissal of all claims and counterclaims asserted between plaintiff, GameTek LLC, and defendant, Big Viking Games, Inc., in this case, and the Court being of the opinion that said motion should be **GRANTED**, it is hereby

**ORDERED, ADJUDGED AND DECREED** that all claims and counterclaims asserted in this suit between plaintiff, GameTek LLC, and defendant Big Viking Games, Inc., are hereby dismissed with prejudice.

It is further **ORDERED** that all costs, expenses and attorney's fees are to be borne by the party that incurred them.

**IT IS SO ORDERED.**

DATED: 4/7/14

HON. ROGER T. BENITEZ
United States District Judge